IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:95cr3039/RV

WENDELL CRAWFORD
_____/

### ORDER

Upon consideration of the defendant's response and affidavit filed herein (doc. 361), I find there was excusable neglect, and I extend the time for filing by 30 days in accordance with Rule 4(b) and 4(c), Federal Rules of Appellate Procedure.

DONE AND ORDERED this 16th day of November, 2006.

/s/ *Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**