**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                                                      **3:95cr03039/RV**

**WENDELL CRAWFORD**

---

## ORDER

This case is before the court upon remand from the Eleventh Circuit Court of Appeal for a determination of whether the defendant is entitled to a certificate of appealability of this court's order denying his motion pursuant to § 3582(c)(2) on the ground that it was, in substance, a second or successive § 2255 motion.  (Doc. 374 at 7).  This court found that to the extent defendant's § 3582 motion was a second or successive § 2255 motion, the court lacked jurisdiction over the motion.  The Eleventh Circuit noted that a certificate of appealability was necessary to appeal that portion of this court's order, and remanded the case.  (*Id.*, citing 28 U.S.C. 2253(c)(1)(B) for the proposition that unless a certificate of appealability issues, a defendant may not appeal from a final order denying section 2255 relief).   The court now finds that because the defendant has not made a substantial showing of the denial of a constitutional right, defendant's request for certificate of appealability on the court's finding that his § 3582 motion was actually a second or successive § 2255 motion filed without leave of the appellate court is DENIED.

DONE AND ORDERED this 20th day of June, 2007.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**